UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CANDACE WILLRICH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-CV-3150-B |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff is WARNED that abuses of the litigation process – such as filing frivolous cases and disregarding court orders – may result in sanctions, including monetary sanctions and the prohibition of filing future cases *in forma pauperis* except by leave of court.

SO ORDERED this 7th day of October, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE